to be regulated by law as is done in Art. 695, P.C., and same does not offend against the Constitution, nor appellant's inherent rights.

We have considered all bills in the record, and finding no error evidenced, the judgment herein is affirmed.

### On Motion for Rehearing.

DAVIDSON, Judge.

In his motion for rehearing, appellant challenges the correctness of the conclusions expressed in our original opinion.

The record has again been examined in the light of appellant's contention, and we remain convinced of the correctness of the conclusions expressed originally.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the offense of murder. The punishment assessed is confinement in the state penitentiary for a period of five years.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appear to be in regular form.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## BUTLER v. STATE.

No. 22851.

Court of Criminal Appeals of Texas.

May 10, 1944.

Joe Burkett and Schlesinger, Goodstein & McGuire, all of San Antonio, for appellant.